UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TYRONE HEARD                                                                            PLAINTIFF

V.                                                                           NO. 1:08cv276-MPM-DAS

CITY OF TUPELO, MISSISSIPPI                                                             DEFENDANT

## ORDER LIFTING STAY

This matter is before the court *sua sponte*. The proceedings were stayed in the present action on the unopposed motion of the plaintiff who has been serving in Afghanistan. Plaintiff's counsel called to advise that he has returned from his tour of duty. Accordingly the stay is lifted.

IT IS THEREFORE, ORDERED that the stay on proceedings is hereby lifted and a case management conference will be set.

SO ORDERED, this the 15th day of February.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE